1
2
3
4
5
6
7                      UNITED STATES DISTRICT COURT
8                  WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EARL CAMPBELL and TWYLA CAMPBELL, husband and wife,<br><br>                    Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>                    Defendant. | Case No. C05-05060FDB<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

   IT IS HEREBY STIPULATED by and between the Plaintiffs and Defendant, through their undersigned counsel of record, that the above-entitled action has been settled and should be dismissed with prejudice and without costs to any party.

   Dated this 21st day of March 2005.

s/Matthew Turetsky_____          s/Scott J. Horenstein_____
WSBA #23611                                WSBA #7864
Schwabe, Williamson & Wyatt, P.C.          The Scott Horenstein Law Firm PLLC
1420 Fifth Avenue Ste 3010                 900 Washington Street, Ste 1020
Seattle, WA 9810                           Vancouver, WA  98660
Telephone:  (206)622-1711                  Telephone:  (360)699-1530
Fax:  (206)292-0460                        Fax:  (360)693-2911
E-Mail:  mturetsky@schwabel.com            E-Mail:  scott@scotthorensteinlaw.com
Attorneys for Defendant                    Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206-622-1711

SEA/109757/140937/MAT/332769.1

## ORDER

Based upon the foregoing stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be and the same is hereby dismissed with prejudice and without costs to any party.

DATED this 18th day of April 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

s/Matthew Turetsky
WSBA #23611
Schwabe, Williamson & Wyatt, P.C.
1420 Fifth Avenue Ste 3010
Seattle, WA 98101
Telephone: (206)622-1711
Fax: (206)292-0460
E-Mail: mturetsky@schwabel.com   E-Mail:
Attorneys for Defendant

Approved as to form, copy received
and notice of presentation waived:

s/Scott J. Horenstein
WSBA #7864
The Scott Horenstein Law Firm PLLC
900 Washington Street, Ste 1020
Vancouver, WA 98660
Telephone: (360)699-1530
Fax: (360)693-2911
E-Mail: scott@scotthorensteinlaw.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206-622-1711

SEA/109757/140937/MAT/332769.1

1  Attorneys for Plaintiff

2  \

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206-622-1711

SEA/109757/140937/MAT/332769.1